RAIN BIRD CORPORATION,
Plaintiff/Counterclaim
Defendant–Appellee,

v.

HIT PRODUCTS CORPORATION,
Defendant/Counterclaimant–
Appellant,

and

Paul M. Cordua, Counterclaimant.

No. 04–1458.

United States Court of Appeals,
Federal Circuit.

May 11, 2005.

*ORDER*

Rain Bird Corporation and Hit Products Corporation jointly move to dismiss this appeal, due to settlement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The joint motion to dismiss is granted. Each side shall bear its own costs.

(2) Rain Bird's motion to dismiss is moot.

Karen LAKEY–SCOTT, Petitioner,

v.

DEPARTMENT OF JUSTICE,
Respondent.

No. 05–3139.

United States Court of Appeals,
Federal Circuit.

May 11, 2005.

ORDER

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief of the date of filing of this order.